UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 12-7877-JFW (MRWx)**                                    Date:  October 16, 2012

Title:       Smbat Ghazaryan, et al. *-v-* Infinity Auto Insurance Company, et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                                     None

**PROCEEDINGS (IN CHAMBERS):**       ORDER DISMISSING ACTION WITHOUT PREJUDICE

       As a result of the plaintiff's failure to participate in the preparation of the Joint Rule 26(f) Report as required by the Court's Order of September 14, 2012, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for October 29, 2012, is **VACATED**.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

       IT IS SO ORDERED.

Initials of Deputy Clerk   sr